

# Fourth Court of Appeals
## San Antonio, Texas

March 27, 2018

No. 04-18-00110-CV

**NEW SAN ANTONIO SPECIALTY HOSPITAL, LLC** d/b/a LifeCare Hospitals of San Antonio,
Appellants

v.

Douglas B. **JACKSON,**
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI21001
Honorable Stephani A. Walsh, Judge Presiding

## O R D E R

On February 22, 2018, appellant filed a notice of appeal, stating it desired to appeal from the trial court's order denying its application for temporary injunctive relief. The notice of appeal states that the order is "contained in Judges Docket Notes filed on February 6, 2018." Thereafter, on March 7, 2018, the clerk's record was filed in this court. As indicated in the notice of appeal, the clerk's record contains a copy of Judge's Notes filed on February 6, 2018; however, the clerk's record does not contain a written, appealable order signed by the trial court.

Rule 34.5 of the Texas Rules of Appellate Procedure requires that the clerk's record contains a copy of "the court's judgment or other order that is being appealed." Tex. R. App. P. 34.5(a)(5). "A copy of judge's notes in place of an order is not sufficient." *In re Rivera*, No. 04-12-00025-CV, 2012 WL 219591, at *1 (Tex. App.—San Antonio Jan. 25, 2012, no pet.) (mem. op.); *State v. Fuller*, No. 04–96–00898–CR, 1997 WL 136541, at *1 (Tex. App.—San Antonio March 26, 1997, no writ) (providing that the judge's notes are for his or her own convenience and form no part of the record).

Accordingly, we **ORDER** appellant to file a written response in this court on or before **April 16, 2018**, showing cause why this appeal should not be dismissed for want of jurisdiction.

If appellant fails to satisfactorily respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c). If a supplemental clerk's record is required to establish this court's jurisdiction, appellant must ask the trial court clerk to prepare one and must notify the clerk of this court that such a request was made. All deadlines in this matter are suspended until further order of the court.

We **order** the clerk of this court to serve a copy of this order on the trial court, appellant, appellee, the district clerk, and the court reporter.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of March, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court